# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TRISTIAN CHATMAN**                                                                                          **PLAINTIFF**
**ADC #130416**

**v.**                                    **Case No. 4:23-cv-00641-KGB**

**USA**, *et al.*                                                                                       **DEFENDANTS**

## ORDER

Plaintiff Tristian Chatman, an inmate at the Varner Unit of the Arkansas Division of Correction, filed a *pro se* complaint on July 11, 2023 (Dkt. No. 2). Mr. Chatman did not pay the requisite filing fee or move to proceed *in forma pauperis*. On August 30, 2023, the Court directed Mr. Chatman either to pay the $402.00 filing fee or file a completed application to proceed *in forma pauperis* within 30 days (Dkt. No. 4). In its Order, the Court advised Mr. Chatman that, if he failed to pay the filing fee or file an application to proceed *in forma pauperis*, the case would be dismissed without prejudice (*Id.*). Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). The Court mailed a copy of the Order to Mr. Chatman at his address of record along with an application to proceed *in forma pauperis* (*Id.*).

As of the date of this Order, Mr. Chatman has not complied with the Court's Order of August 30, 2023, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 27th day of January, 2026.

                                                                                                                        _____
Kristine G. Baker
Chief United States District Judge