IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRISTIAN CHATMAN**                                                                                  **PLAINTIFF**
ADC #130416

v.                            Case No. 4:23-cv-00641-KGB

**USA**, *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Tristan Chatman's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

So adjudged this 27th day of January, 2026.

                                                                                       Kristine G. Baker
                                                                                       Chief United States District Judge